**JS–6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL GOYTIA | CASE NO: 2:25−cv−00357−FMO−MAR |
| Plaintiff(s), | |
| v. | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| HOME DEPOT U.S.A. INC. , et al. | |
| Defendant(s). | |

    Having been advised by counsel that the above-entitled action has been settled, IT IS ORDERED that the above-captioned action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 45 days, to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. Failure to re-open or seek an extension of time to re-open the action by the deadline set forth above shall be deemed as consent by the parties to dismissal of the action without prejudice. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

Dated The 17th of July 2025            _____/s/_____
                                                            Fernando M. Olguin
                                               United States District Judge